IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KEVIN SIMMONS, | * |
| Petitioner, | * |
| v. | Case No. 7:22-CV-51(HL) |
| | * |
| WARDEN PAULK, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 16, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 16th day of August, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk